U.S. District Court for Montgomery
alabama

Daniel Eric Cobble

RECEIVED
2020 APR 21 A 10: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

civil

#2:20-cv-273-WHA

V.

U.S. GOVERNMENT

Jury Demand (new suit)

in all districts
all agencies
in all states of USA AMA as attorney Robert Neeley
alabama and civilian
Karen Darlene Castleberry and Johnny Wayne Clemens Jr (brother)
A.K.A. my mom and and hamilton
Georgia Dept. of Corrections and Cobb Ga. sheriff dept
county Tenessee GOVERNMent and Cobb Ga.

Different 2nd Instant petition under
BIVENS Act for imminant danger
of serious physical injury, in all
districts in all states, in all custodies in
all USA, under diversity Jurisdiction,
due to ongoing illegal interference in my
fed, state, out of state, foreign, commercial,
sovereign citizenship attempt, criminal,
civil cases in future and present and past
contrary to my U.S-tort law property
Rights, by inactions and by actions of
Federal government stole my legal
propertys 8 times now in fed custody and
my mom stole my money 4 times now which
prevents me prepaging suit to buy fees and
by Daniel Eric Cobble

Enclose

To: All Government Agentcys.
USA, states all states counties all of them,
cities, municipalities, private contracted
foreign federal, foreign non-federal,

Regards all legal properties of
White man Born named Johnathon Wayne
Plemons Jr who had his names changed
to Daniel Eric Plemons who had his
name changed to Daniel Eric Cobble
as to all Records involving his name in it
even if wrote by others, even if made
for others but mentions him, includes
in and out of court records, includes
commercial, civil, criminal, public,
private, whose name was changed to Daniel
Eric Castleberry by court as a baby.

On 1-30-20 below named officer
Walker at Sumter county Jail in state
of Georgia in Building A-2 wittnessed
inmate (James Smith) (steal) all inmate Daniel
Eric Cobble (properties) and wittness: federal
only inmate Cobble, never get his property back
from county only inmate smith, or from Jail,
so please Replace Cobble properties at smith
expense, send bill to Sumter Jail, wittnessed by

Judge                    Job title
Steven Wall              print name

                         sign name

Feb 4 Date 2020  Badge #465
                         notary

Sworn under penalty of perjury true

ANN MASTERS
NOTARY
EXPIRES
GEORGIA
July 20. 2021
PUBLIC
SCHLEY COUNTY, GA

GDC stealing my money one time too and no one ever Replacing all my property even once despite my ongoing complaints since day 1 in courts 7-15-01 thru 4-5-20 even

Under my mom Karen Castleberry testified under oath to my Columbus Ga. fed criminal id person Jury on 2-19-20 [that my grandma died and left me $22,000 in Bank cds in does but when I did not go collect it after so many years State of tennessee and Hamilton county government took my money and is now in 2020 holding it waiting on me to come get it and yes she is sure they are holding it and not took it and she admitted my car Ran fine and is in my name without any lien, but she sold it without filing any abandonment claim in court and Ive not gotten a dime since my 7-15-01 arrest from anyone, so no one telling me I inherited $22,000 for 11 years is 1 theft, and theft is my car sold, 3Rd theft is she get

# <u>ATTENTION</u>

## Due to the United States Government Declaring a
## <u>National Emergency</u>

## The Sumter County Sheriff's Office has suspended <u>ALL</u> inmate visitation until further notice along with all other jail facilities within the state.

money for her selling my car but never sent me any, then 4th theft is she forged my name on a lot of my checks to pay her bills thru U.S. mail from my checking account with Bank of America when she did not have any power of attorney and account was not joint and it was my amended earned income credit Fed tax return money I paid an accountant to do 4 weeks before my 7-15-04 arrest she had direct deposited into my bank account months after my 7-15-04 arrest she stole between Nov. 2004 to Nov. 2002, includes 6 months after my on T.V. Cobb county magistrate court in jail warrant application hearing against her I took out and Judge told Cobb sheriff office to investigate, then 5th theft was she signed her own name on 1 of my checks to do same as she get checkback out my car on 7-15-04 against my will on 6 cop car cameras even after police report says I told cops not to let her have my car keys

*evidence*

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2020

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

Appeal Number: 20-10949-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

You are receiving this notice because you have not completed the below required filing(s) pursuant to 11th Cir. Rule 26.1-1:

Certificate of Interested Persons and Corporate Disclosure Statement (CIP) pursuant to 11th Cir. R. 26.1-1(a)

Pursuant to 11th Cir. R. 26.1-5(c), failure to comply with these Rules may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C/csg.
Phone #: (404) 335-6186

Enclosure(s)

CIP Deficiency Letter

then 6th theft was in spring dads her filer my of Fed and state tax returns on computer without my signature to have it direct deposited into my bank account, so she could steal it by mail too, since she could not cash it, she did not send me a dime despite 19 years incarcerated now, when my 87 firebird formula 4 barrel car cherie color was worth a lot more than she realized

then I sued for it its my 1st 4th USC 1983 lawsuit in atlanta n.d.ga and requested justice, but, judge wrongly labbed it a 2254 habeas when charge I was arrested for on 7-15-01 I was never convicted of and was dismissed on 8-22-01 for no probable cause by Cobb magistrate court

②  Social security administration wrote me a letter in fall to Dec 2009 at macon state prison, in dgethorp ga. telling me they owed me money from before my 7-15-01 arrest for money that was not social security benefits but that I'd have to call them

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 26, 2020

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

Appeal Number: 20-10950-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

You are receiving this notice because you have not completed the below required filing(s) pursuant to 11th Cir. Rule 26.1-1:

Certificate of Interested Persons and Corporate Disclosure Statement (CIP) pursuant to 11th Cir. R. 26.1-1(a)

Pursuant to 11th Cir. R. 26.1-5(c), failure to comply with these Rules may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), return of deficient documents without action, or other sanctions on counsel, the party, or both.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C/csg.
Phone #: (404) 335-6186

Enclosure(s)

CIP Deficiency Letter

toll free # by specific dcc9 dat, 6ct
prison would not let me use a 800
toll free capable phone ever, So I never
get dime of most likely over paid
SSI taxs or qualified for but never
get Feb to July dcer Supplemental
Security benefits and emergency
Supplemental Security benefits too but
I never found out what

(3) I had feds steal my legal property
1st the stuff I brought with me
from GDC to feds custody by me
paton U.S.B.O.P. bus at chirp Jail
with it, but U.S.B.O.P. trashing it in
front of my face at 4am while
Riden down hwy despite my polite
protests, Which turned mean when
nice did not work, so I got kicked
off bus after he stole it, then did
theftfalse on same bus by all my
legal property my former fed defender
Jarred westbrook called Georgia
state prison in Reidsville to have my
legal propertys sent to me at macon
city Jail which they did but I did

**Notices**
5:14-cr-00077-CDL-CHW
UNITED STATES OF AMERICA
v. COBBLE

APPEAL,CLC3



## U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2020 at 12:10 PM EDT and filed on 3/25/2020
**Case Name:**          UNITED STATES OF AMERICA v. COBBLE
**Case Number:**      5:14-cr-00077-CDL-CHW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE RE FILING IN PROPER DIVISION: Your documents were sent to a division other than the division where your case is pending. Although not required, in order to expedite filing we recommend you send documents to the division where your case is pending. Please send all future documents to: U.S. District Court, P. O. Box 128, Macon GA 31202.** (ans)

**5:14-cr-00077-CDL-CHW-1 Notice has been electronically mailed to:**

BRIAN JARRARD    brian@jarrardlawgroup.com, annamarie@jarrardlawgroup.com

ROBERT R NEELEY    rand.neeley@usdoj.gov, Michele.Jackson2@usdoj.gov, debbie.shaw@usdoj.gov, lacee.t.davis@usdoj.gov

**5:14-cr-00077-CDL-CHW-1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

not see till I left macon city Jail and the
did not see again till I saw it and and
in usbop bus on 7-29-15 they stole
it by driving off with it without
me at Janes Jail, then 3 Rd theft
was upon arrival of at lanta fedpen
where they routinely make everyone
take off their street cloths and threw
it in a donation bin against our will
as they did me, cloths I get from other
inmates in leaving macon city Jail
holding cells and upon entering Same
Jail and upon sumter Jail Laundry lady
giving me out of inmates who went to
prison and never came back to collect
their cloths, as I needed Trial cloths
then 4th theft some where between
texas and Georgia when legal mail
I get in in texas combined with
5th theft of legal research I get from
Library in houston texas fed detention
center in 2015 I tryed to bring back
they do not let me hold it they put it
in bag and I never saw it again
then 6th theft of court cloths captin
of Jail dele gave me they bought when
in 2017 atlanta fedpen arrived again

## Appeal Documents

5:14-cr-00077-CDL-CHW
UNITED STATES OF AMERICA
v. COBBLE

APPEAL,CLC3



### U.S. District Court [LIVE AREA]

#### Middle District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 2/20/2020 at 3:45 PM EST and filed on 2/20/2020

**Case Name:**      UNITED STATES OF AMERICA v. COBBLE
**Case Number:**    5:14-cr-00077-CDL-CHW
**Filer:**
**Document Number:** 639

**Docket Text:**
**Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: [635] Jury Verdict, [638] Notice of Appeal - Other Judge Appealed: Clay D. Land. Court Reporter: Betsy Peterson. Appeal Fee: not paid. (ans)**

**5:14-cr-00077-CDL-CHW-1 Notice has been electronically mailed to:**

CHRISTINA L HUNT (Terminated)   tina_hunt@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org

BRIAN JARRARD    brian@jarrardlawgroup.com, annamarie@jarrardlawgroup.com

FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC (Terminated)
GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, tina_hunt@fd.org

JARED SCOTT WESTBROEK (Terminated)    jared_westbroek@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org

JERUSHA T ADAMS (Terminated)   jerusha.adams@usdoj.gov, debbie.shaw@usdoj.gov, terri.a.brusewitz@usdoj.gov

ROBERT R NEELEY    rand.neeley@usdoj.gov, Michele.Jackson2@usdoj.gov, debbie.shaw@usdoj.gov, lacee.t.davis@usdoj.gov

**5:14-cr-00077-CDL-CHW-1 On this date, a copy of this document, including any attachments, has**

Same thing Reg. stole it, then 8th theft when I gave officer walker here legal papers to copy, he set them down procrastinating and blamed some other officer for trashing, then same copy request trashing just occurred again by officer Sims on 4-5-20 I gave on 4-1-20 then 8th theft by and the Feds/Sumters jail another inmate stole my legal property, sout my cell due to Jail violating law requires population, segregation, protective custody, medical recuperation, suicides, all be in 5 different dorms but here they keep all in 1 dorm when I have been in a 1 man locked 24/7 cell since days here without any wreck yard at all supposed go P.C. So proven by officer steven walker signed notarized statement on other side these pages, then 9th theft by jail here test many thru miss valerie thrice on 2-19-20 admitting she violates un.constitutional case law

*evidence*

filers (except attorneys appearing in particular ~~cases as~~ pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM MARCH 6, 2020. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

DKT-2 Appeal WITH Deficiency

that I have a right to indigent ink pens
by Jail never gives anyone any writing
utensil of all, then 10th theft is Jail
not going by their own indigent legal
stamps handbook rules as to all I wish
as it says all I wish their wards, not
my words, then 11th theft no one feels
or GDC ever abided by their own
policys as to indigent stamps entitle
5 years in fed custody legal,
non-legal, and special mail, then 12th
theft U.S. GCP never abided by my U.S.
attorney general custody per 3-5-15
writ by feds for now as fed indigent
U.S. stamps of all, when I am currently
in both feds and GDC custody of a
county Jail with no sumter county
charges or convictions here at all
but feds over rides I'm told, since my
of fed state sentences by Cobb and
wilcox counties reached till I OI
        then Cobb sheriff, impounded my other
firebird with all in it too at my arrest
when car could have sat where it was
which is where my mom usually parks her
car at her house in front of her mailbox
and Cobb sheriff never returned it per OCGA 14-85

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

_____ *vs.* _____ Appeal No. _____

FRAP 25(b) through (d) (attached) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.** *Please type or print legibly.*

I hereby certify that on (date) _____, a true and correct copy of the

foregoing (title of filing) _____ has been (check one):

☐ sent by mail, postage prepaid

☐ deposited in the prison's internal mailing system with first-class postage prepaid ~~Not~~ U.S. mail

☐ sent by electronic means with the consent of the person being served

☐ other (specify manner of service) _____

and properly addressed to the persons whose names and addresses are listed below:

_____

_____

_____

_____

_____

_____

_____

_____          _____
Your Name (please print)                               Your Signature

then sells, f.n.n., Ge, not giving me any
of my either fee freedom d into acter
open records for Request of Repeatedly
Records last for tenessee appeals curts
of in swating me either a fell for years,
so I can't get gouds to sell to prepay
suit todays filen fees
        when last 2 times I get sich
records the former inmates
doing it for me and both times youll
stole uncle Sam (fees) when law says
I only have to pay if Records gives to
me in specific fine, so fees used
their own illegal ketracts as a means
to stop me selling by stoping me prepaying
filen fees and stoping me hiring my own
attorney of my choice, so once Sovereign
citizen it cancels all previous
government contracts involving my
name and governments, and a prison
sentence is a government contract
so by fed commercial law beingmade
a Sovereign would free me and $15,000
could hire a attorney to do it, can't
have $15,000 now but dont know



# SUMTER COUNTY JAIL
# 352 McMATH MILL ROAD
# AMERICUS, GEORGIA  31719

# INMATE HANDBOOK

Pete Smith, Sheriff
Colonel Eric D. Bryant, Chief Deputy

JANUARY 1, 2005

Where das it OR have any way to find out
and no way to find attorney I want
and no way to contact such attorney,
as no attorneys answers in notes mail,
they only answers phone and collect calls
not allowed by them and no phone
to them available to me, all devices no access
to them at level, so going to prison
for something I'd not otherwise
go to prison at all for in feds, in
future is a imminent danger, since by
law my property is a extension of my
Body, as evidence now is Rescent
Legal mail

Then GDC wrote words this
grievance is fully granted as to
#65457 in feb 2011 as $40,000
in free world guns and another
$40,000 in free world Securas
of my choice, since they never paid
me, that is another theft AKA
illegal interference in crime cases
AKA uns theft property law violation
AKA Right to hire any choice counsel violation
AKA denied access to courts AKA imminent
danger of denied my property



BLVD STE 400
MACON, GA 31201
478-743-4747
Fax: 478-207-3419
Email: GAM_MAC_ECF@fd.org
*TERMINATED: 01/20/2017*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**CHRISTINA L HUNT**
FEDERAL DEFENDERS OF MD GA
440 MARTIN LUTHER KING JR
BLVD STE 400
MACON, GA 31201
478-743-4747
Email: tina_hunt@fd.org
*TERMINATED: 06/24/2015*
*ATTORNEY TO BE NOTICED*

**JARED SCOTT WESTBROEK**
FEDERAL DEFENDERS OF MDGA,
Inc.
440 MLK JR BLVD STE 400
MACON, GA 31201
478-743-4747
Fax: 478-207-3428
Email: jared_westbroek@fd.org
*TERMINATED: 01/20/2017*
*ATTORNEY TO BE NOTICED*

**Pending Counts**                           **Disposition**

18:876(c): MAILING THREATENING
COMMUNICATIONS
(1s-3s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                        **Disposition**

18:876(c): MAILING THREATENING
COMMUNICATIONS                              COUNTS SUPERSEDED
(1-3)

**Highest Offense Level (Terminated)**

Felony

and another theft by CDC never giving me
all free guys their policys allow, This a
ten cur, especially in feed cupboards, all to
guys I could sell to hire my own
attorney of choice example, Sony
playstation, videogames, electronic
tablet, etcetera and (something usop)
free guys 3-6 visit new for all I
have now is a copy of courts fees
this jail made me I had in stakes
and legal mail since 1-30-20 theft ...
           also all my personal guys stolen
by fells on bus by Feds driving
offend kicking me off bus on the ground
at Jones jail I had got in life
all of which I could have sold to hire
me an attorney of choice, but am
not now, (so ongoing failure to replace
is the danger on all my claims)

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2020

Betsy Peterson
Causey Peterson Court Reporting
PO BOX 81
COLUMBUS, GA 31902-0124

Appeal Number: 20-10726-C
Case Style: USA v. Daniel Cobble
District Court Docket No.: 5:14-cr-00077-CDL-CHW-1

TRANSCRIPT DUE: March 23, 2020 (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

RPTR-1 Acknowledgment not recd

This is the theft by my mom fee, and 8th theft by my mom is my step grandma died, but also ~~she~~ left me her $300,000 house/ land at 6871 Robin drive chattanooga tennessee fee or so she told me in deed/deed new will she was virginia cody, my moms mom, but I think my mom stole it fee but 9th theft is my 2nd stepdad Ben Castleberry also died in marietta ga, or austell Rd and left me his house, but my mom stole it as well as Cobb Sheriff stole it, by no one told me he died till/decades or years later, not till 2/9/do

So I'm not indigent, but can't get fu my money to hire attorneys my choice I can afford or all cases criminal and civil, so Ga. Sanctions I can not file ever, and or harm or danger here, and Ga feds not fair hearings as proven by my fed tax Refunds stolen by my mom and no one helping me or punishing her

*(handwritten: evidence)*

3.  Personal checks will not be accepted at the facility. Only certified checks, government checks, and/or money orders will be accepted through the mail, or at the facility. Mail received containing personal checks or cash money will be returned to sender.

4.  Upon discharge or transfer from this facility, all money remaining on the detainee's account will be returned to the detainee by check, payable to the detainee. You must ask the detention officer for a money slip to fill out and turn in prior to departing. You should allow up to 48 hours (excluding weekends and holidays) or processing the checks.

5.  All items purchased from the commissary (unless immediately used or consumed) must be stored in the detainee's personal storage bin. Detainees may not purchase more items than will fit in the storage bin, along with the detainee's other personal property. Bins must be able to slide under detainee's assigned bed.

6.  If there is a problem with your store call, notify commissary personnel or a detention officer immediately. Before signing the receipt for items purchased from the commissary, make sure that all items purchased are accounted for.

## MAIL

Outgoing mail of the detainees addressed to the following will not be opened or otherwise interfered with: (A) Officials of the federal, state, and local courts; (B) All federal officials , including the President of the United States. U.S. Senators, or Congressmen, and officials of any United States Agency or Department; all State officials, including the Governor, members of the State Senate and House of Representatives, and any official of any State Agency or Department; (C) All members and employees of the State Probation and Parole Board; (D) An attorney or attorneys; (E) Any duly constituted local, state, or federal court; and, (F) News media. *(handwritten: Jail updates)*

This facility shall, upon request, provide indigent detainees (those who have less than $5.00 in their account) with writing supplies and with up to two stamps per week for their correspondence. Indigent detainees shall also be provided with postage for any mail they wish to send to the addressees described in subsections (A), (C), (D) and (E) of the preceding paragraph. All other outgoing mail of detainees to any other addressees will not be interfered with except to open and inspect the same in the presence of the detainee where prison officials have reasonable grounds to suspect such communication is an attempt to formulate, devise, or otherwise effectuate a plan to escape from the jail.

Incoming mail or packages from any source will not be interfered with except to open and inspect such mail in the presence of the detainee addressee. Detainees will be given written notice, which describes any material confiscated or returned and the reason for such action. All other detainee's mail shall be delivered within twenty- four (24) hours after its arrival at the jail's mailing address.

There shall be no restriction placed on the number of letters a detainee may write or to whom the detainee can write, however, inmates will not send letters each other at this facility.

Requires as 13th and 14th Refs, then 15th
Ref. Law says Child support never goes away
and law says child support, not mama
support, so as I'm adult I am supposed
to get the $35 weekly ordered also
by hamilton county circuit court
divorce decree by my 1st step dad
to pay court Registry for me, issued
may 1980 civil # D-4515-d to go
thru 9-16-95 but no one enforced
it and I did not know of it, yet he
was chief engineer for entire medical
hospital in downtown chattanooga
tennessee in 90s and was pro dirt
stock car driver/ owner in cleveland
tennessee in 90s and I tryed to enforce
by 3rd party contempt motion in d99
but I'm required to show up in tenn
state court but can't due to fed custody
so motion dismissed, then I'm owed
interest fees, delay fees, contempt fees,
inflation Rate fees, consecutively with
1980 to 1995 plus interest/delay, inflation
contempt since fee
          then Law says when you sue &
peop 6 in 1 suit and have sheriff

| 03/06/2015 | 6 | **ORDER** granting 5 Motion for Writ of Habeas Corpus ad prosequendum as to DANIEL ERIC COBBLE (1). Ordered by US Magistrate Judge CHARLES H WEIGLE on 3/6/15. (cal) (Entered: 03/06/2015) |
|---|---|---|
| 03/17/2015 | | NOTICE OF SETTING HEARING as to DANIEL ERIC COBBLE Arraignment set for 3/26/2015 02:30 PM in Macon before US Magistrate Judge CHARLES H WEIGLE. Initial Appearance set for 3/26/2015 02:30 PM in Macon before US Magistrate Judge CHARLES H WEIGLE. (cal) (Entered: 03/17/2015) |
| 03/17/2015 | 7 | MOTION for Detention by UNITED STATES OF AMERICA as to DANIEL ERIC COBBLE.. Motion(s) referred to CHARLES H WEIGLE. (EASTERLING, KIMBERLY) (Entered: 03/17/2015) |
| 03/17/2015 | 8 | NOTICE of DNA Testing as to DANIEL ERIC COBBLE (EASTERLING, KIMBERLY) (Entered: 03/17/2015) |
| 03/25/2015 | 9 | CJA 23 Financial Affidavit by DANIEL ERIC COBBLE (cal) (Entered: 03/25/2015) |
| 03/25/2015 | 10 | **ORDER** appointing the Federal Defender to represent DANIEL ERIC COBBLE. Ordered by US Magistrate Judge CHARLES H WEIGLE on 3/25/15. (cal) (Entered: 03/25/2015) |
| 03/25/2015 | 11 | NOTICE OF ATTORNEY APPEARANCE: CHRISTINA L HUNT appearing for DANIEL ERIC COBBLE Attorney CHRISTINA L HUNT added to party DANIEL ERIC COBBLE(pty:dft) (HUNT, CHRISTINA) (Entered: 03/25/2015) |
| 03/26/2015 | 13 | Minute Entry for proceedings held before US Magistrate Judge CHARLES H WEIGLE:Arraignment held on 3/26/2015 as to DANIEL ERIC COBBLE (1) Count 1-3., Initial Appearance as to DANIEL ERIC COBBLE held on 3/26/2015. Bond issue moot. Even if released; return to State custody. Ordered that defendant remain in custody of USM pending trial. Court Reporter: FTR Gold. (cal) (Entered: 03/27/2015) |
| 03/26/2015 | 14 | PLEA SHEET as to DANIEL ERIC COBBLE (cal) (Entered: 03/27/2015) |
| 03/27/2015 | 15 | **STANDARD PRETRIAL ORDER** as to DANIEL ERIC COBBLE. Ordered by US Magistrate Judge CHARLES H WEIGLE on 3/27/15. (cal) (Entered: 03/27/2015) |
| 03/27/2015 | 16 | REQUEST for Discovery by DANIEL ERIC COBBLE (HUNT, CHRISTINA) (Entered: 03/27/2015) |
| 03/30/2015 | 17 | ORDER SETTING HEARING as to DANIEL ERIC COBBLE - Pretrial Conference set for 4/27/2015 09:30 AM **in Columbus** before U.S. District Judge CLAY D LAND. Jury Trial set for 5/26/2015 09:00 AM **in Macon** before U.S. District Judge CLAY D LAND. (Attachments: # 1 Exhibit A - JERS handout)(esl) (Entered: 03/30/2015) |
| 03/30/2015 | 18 | PETITION for Leave to Appeal as to DANIEL ERIC COBBLE. (Attachments: # 1 Cover Letter, # 2 Envelope)(ans) Modified on 4/1/2015 |

serve 1, but not other, then entire suit
is not to be dismissed, instead only
claims on 1 not served to be dropped,
& Cobb sheriff office violated that they're
not making court recognize that fact
combined with 1 I did serve
never filed any answer so per OCGA
9-11-55 I won by default (and by a
State case law says when I request
specific relief to not be left open
to Jury interpretation I do not have
to show any evidence to win by default
but Cobb violated that, and combined
with another state case law says I'm to
get all I asked upon default, I do not
have to wait on any appeal filed or filed
by loser or by courts, and although I'm not
making any state claims, I'm merely
saying Cobb sheriff not enforcing its own
state laws beneficial purse above is a
violation of Federal 14th law on
Fed property Rights, as its governments Job
to protect my property, not my Job, so says
law, and these laws are not any interpretation,
but are legislatures interpretations
& on civil # 05-1-0001-34   case I
should be paid all relief I asked for then

## SECTION II

*evidence*

# RIGHTS

## ACCESS TO THE COURTS

Any detainee who can not afford an attorney will have the right to request an attorney.  An application requesting Court appointed legal representation will be available from Clerk of Indigent Defense Council.

The jail library maintains a complete and current copy of the following books:

(1)   Official Code of Georgia Annotated (Michie):
(2)   Georgia Rules of Court (Michie):
(3)   Daniel, Georgia Criminal Trial Practice (Harrison):
(4)   Daniel, Handbook on Criminal Evidence, (Harrison):
(5)   Daniel, Criminal Trial Practice Forms (Harrison):
(6)   Moiner, Georgia Criminal Law (Harrison):
(7)   Wilkes, Federal Habeas Handbook (Harrison):
(8)   Those United States Codes Annotated Individual volumes containing 42 U.S.C. 1983, 28 U.S.C. 1343, and 28 U.S.C. 2254, including their annotations (West):
(9)   Prisoner's Self-Help Litigation Manual. Oceana Publications, Inc. (75 Main Street, Dobbs Ferry, Ny 10522); and
(10)  Prisoners and the Law. Clark Boardman Callaghan Publishers (155 P fingsten Road, Deerfield, IL 60015-4998)

*Jail update*

Detainees may request to use legal materials between the hours of 8:00 a.m. and 5:00 p.m.

Detainees have the right to the confidential access to the Courts by mail including the right to prepare and file legal papers with any Court.  Any document so prepared shall be transmitted to the Court by the Jail's personnel, at public expense for indigent inmates.

## RECREATION

Each detainee will be afforded one hour of outdoor exercise and recreation per day, weather permitting. Appropriate outdoor recreational equipment including basketball goals and balls will be furnished.

4) then Feds are not protecting my
Rights as a 1st born son of my
biological father Johnny wayne
Plemons as to his 2017 deeds
I found out about in 2019
by my half brother Johnny wayne
Plemons Jr by his stealing all
my inheritance as to our fathers
house, Semi-truck, pickup truck
moneys, as I get nothing in Reality
when I was suppose to get all but
the money so our father told me
house at my half brother of 678
Live oak RCC NE cleveland
tennessee 37323-5535 and
my half brother stole it all too, This
is a biblical cain and Abel again
but I am cain and not protected
as example]

To: All Government Agencys.
USA, states all states counties all of them,
cities, municipalities, private contracted
foreign federal, foreign non-federal,

            Regards all legal properties of
White man Born named Johnatton wayne
Plemons Jr who had his names changed
to Daniel Eric Plemons who had his
name changed to Daniel Eric Cobble
as to all Records involving his Name in it
even if wrote by others, even if made
for others but mentions him, includes
IN and out of court Records, includes
commercial, civil, criminal, public,
private, whos name was changed to Daniel
Eric Castleberry by court as a baby
        ON 1-30-20 below named officer
Walker at Sumter county Jail in State
of Georgia in Building A-2 witnessed
inmate (James Smith) (steal) all inmate Daniel
Eric Cobble (properties) and wittness Federal
only inmate Cobble, never get his property back
from county only inmate Smith or from Jail,
so please Replace Cobble properties at Smith
expense, send bill to Sumter Jail, wittnessed by
expense. _____ Jodge   Joditle
           Steven Wall   print name

           _____  sign name
    Feb 4 Date  2020    badge # 443
    Ann Masters          notary
Sworn under penalty of perjury true

[Notary seal: ANN MASTERS / NOTARY / EXPIRES / GEORGIA / July 20, 2021 / PUBLIC / SCHLEY COUNTY, GA]

5) also Feds that Sumter
Jail Keep violating their
own rule bc/ of Sumter
County says Jail pays
for all indigent filer

So I do not have to pay any
filer fee

If you decide to file this form
Please send it to:

# The United States District Court

## If you are incarcerated:

You must attach a statement of your prison account which
has been certified by the appropriate institutional
officer showing all receipts and
balances during the last
6 months

**This form is required for submission**

<u>Relief</u>

1. find out whether my $dd,ooo I
   in debted

2. gu get for me

3. find attorney I want to hire

4. contact him and tell him I have
   $dd,ooo already but no one on
   street to get it to him, so he will
   have to come see me and he will
   have to go get the money, so bring
   a contract

5. issue stay of proceedings on my
   fed crime case by fed civil
   national order till issues in this fixed

6. Replace my car as was, includes all
   after market parts bought/installed to
   with all with it such as tag, title, license
   plate, insurance 1 year prepaid contract,
   registration, my license record unpurged,
   my license renew without test new license
   card, old license and photo used in new
   card, medical drive pass card, renewed
   renew endorsement without test,

7. Replace all goods in my car

8. Replace my other car same way

9. Replace all goods in my other car too

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 28, 2020

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

Appeal Number: 20-10740-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Relief

10) Return my stolen fed tax returns

11) Return my moms moms house for me with land, sorrel all in it all quit moneys

12) Give me owed moneys from SSI office that was reps SSI moneys

13) Replace all my stolen clothes for cuz yull stole twice

14) Replace all my legal propertys stolen by yull entirely twice or stolen by yull entirely twice or my lifes records, includes my childs stuff for mine for

15) quit donating my guns

16) quit trashing my guns

17) quit losen my guns

18) quit steeling my guns

19) quit allowing my guns like stolen, trusted, donated, cert, by others.

20) all lump sum

21) all tax free

22) all consecutively

23) all max amounts legal

24) all inflation rates

25) all interest fees

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 28, 2020

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

Appeal Number:  20-10726-C
Case Style:  USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

<u>Relief</u>

26) all delay fees
25) give me all my Requested Reliefs
   @ Cobb Superior Ga. civil President.

28) all nunc pro tunc
29) 12 person civil Jury
30) do not xransfer case to Ga. feds
31) do not Reclassify as 1983 or as habeas
32) pay me child support meat aner
33) contempt fees together me
34) See me for details ask what to replace
35) find all for me
36) go get all for me
37) bring all time and to understand else Intellgu
38) property damage fees
39) give me all my Gas, /states, all
   states, counties, cities, municipalities,
   legal Records in my life has originals.
   (you'll keep copy)
40) give me all fed freedom, WFa act
   Records I ever asked for, free
41) give me all state open Records act
   Records I ever asked for, all states

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 28, 2020

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

Appeal Number: 20-10727-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF"), system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

## Reliefs

(42) Let me file This suit under endurment clause, not paperis, not prepayment

(43) all speedily

(44) compensation

(45) punative damages for me all else pas

(46) per claim, per defendant (i, vii, investigative attorney appointed to get evidence for me

(47) all of government expns

(48) defendants pay filen fees

(49) defendants pay ducketfees

(50) defendants pay cunt costs

(51) Return original Records copy on other side of these pages fine, you keep your own copy (I'm requesting for you to copy it and give fine) before asking for Documents I send you to be Returned fine after you copy them for yourself

(52) bring me to cuide

(53) subpoena any witnesses

(54) subpoena any evidence

(55) physical abuse

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

INSTRUCTIONS FOR COMPLETING CIVIL RIGHTS COMPLAINT FORM STATEMENT OF
PROCEDURES

PRISONER

READ CAREFULLY

I. General Instructions

Your complaint must be legibly handwritten or typewritten on this form. If your complaint is handwritten, please write legibly. You must sign the complaint at the place indicated for your signature. Under Rule 11, Federal Rules of Civil Procedure, your signature means that you have read the complaint and that to the best of your knowledge, information and belief, the complaint is well grounded in fact and is warranted by existing law. If a complaint is filed in violation of Rule 11, the court may impose appropriate sanctions against you. These sanctions may include a requirement to pay to the defendants the amount of reasonable expenses, including attorney fees, created by the filing of the complaint.

While it is no longer required, you may swear to the truth of the facts which are stated in the complaint by executing a declaration under penalty of perjury that the facts alleged in it are true and correct. If you declare that the facts in your complaint are correct, under penalty or perjury, any false statement of any material fact may serve as the basis for prosecution and conviction. Therefore, you should exercise care to ensure that all statements you make in your complaint are true and correct.

Your complaint may be brought in this court only if one or more of the named defendants are located in the geographical area covered by the United States District Court for the Middle District Court for the Middle District of Alabama. The Middle District of Alabama contains the following counties: Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa.

A plaintiff must file a separate complaint for each claim unless the claims are related to the same incident or issue. The complaint should name the defendants against whom relief is sought and briefly state the facts upon which the claim is based. It is not necessary that a plaintiff state each and every fact upon which he may rely. Rule 8(a) of the Federal Rules of Civil Procedure require only a short and plain statement of claim.

No authorities or citations or citations should be set out in the complaint. If briefs and arguments are submitted, they should be submitted in a separate memorandum for which no form is necessary.

You must include in the complaint all grounds for relief and facts supporting such grounds for relief. It is permissible to include no more than two (2) additional pages if more space is needed to answer a question. All pleadings and other papers in cases filed must be on 8 ½ x 11 inch paper. Otherwise, this office cannot accept them for filing. Additionally, all pleadings filed must be an original document. Copies of a pleading will not be accepted.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350. In addition, you will be required to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court for leave to proceed without payment of fees. A blank application for this purpose is included and it should be filed with your complaint. It must be notarized by a notary public or other official authorized to administer oaths or must contain your statement that it is true and correct. If more than one plaintiff is named on the complaint, a separate application will be required for each.

If you wish to proceed without payment of fees, you must h ave an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. What amount, if any, of the filing fee and the cost of serving the complaint you will be required to pay will be determined from the information supplied to the court by you and the penal institution.

Relief

56) emotional distress fees

57) mental anguish fees

58) $1 million per fee type, per claim, per defendant

59) give my 2nd step dad's land/house and all i'nit back time

60) do all by confiscation sellers property's to sell by cudfodeles to pay me proceeds, if needed

61) issue writ of execution of fine automatically

62) issue summary judgement for me at proper time, except on penalties

defendents pay my transport fee

63) defendants to pay witness mileage fees

64) defendants to pay witness pay fees

65) defendants to pay subpoena service fee

66) defendants to pay summons fee issued over

67) summons fee issued over

68) defendants to pay summons service fees

69) all 5 DC indigent goods I never got get, give me new, 7-15-01 for new

70) all custop indigent goods I never got, give me new, 3-08-15 for new

## Appeal Documents

5:14-cr-00077-CDL-CHW
UNITED STATES OF AMERICA
v. COBBLE



APPEAL,CLC3

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/6/2020 at 12:11 PM EST and filed on 3/6/2020
**Case Name:**        UNITED STATES OF AMERICA v. COBBLE
**Case Number:**      5:14-cr-00077-CDL-CHW
**Filer:**
**Document Number:** 650

**Docket Text:**
**Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: [647]
Notice of Appeal - Other - no document to link appeal to. Judge Appealed: Clay D. Land.
Appeal Fee: not paid. (ans).**


**5:14-cr-00077-CDL-CHW-1 Notice has been electronically mailed to:**

CHRISTINA L HUNT (Terminated)    tina_hunt@fd.org, GAM_MAC_ECF@fd.org,
alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org,
michele_c_graham@fd.org, nicole_hailey@fd.org

BRIAN JARRARD    brian@jarrardlawgroup.com, annamarie@jarrardlawgroup.com

FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC (Terminated)
GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org,
holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, tina_hunt@fd.org

JARED SCOTT WESTBROEK (Terminated)    jared_westbroek@fd.org, GAM_MAC_ECF@fd.org,
alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org,
michele_c_graham@fd.org, nicole_hailey@fd.org

JERUSHA T ADAMS (Terminated)    jerusha.adams@usdoj.gov, debbie.shaw@usdoj.gov,
terri.a.brusewitz@usdoj.gov

ROBERT R NEELEY    rand.neeley@usdoj.gov, Michele.Jackson2@usdoj.gov,
debbie.shaw@usdoj.gov, lacee.t.davis@usdoj.gov

**5:14-cr-00077-CDL-CHW-1 On this date, a copy of this document, including any attachments, has**

<u>reliefs</u>

71) all Sumter county jail handbook
indigent legal guids I never get spring
distance, give me now

72) all free CDC guids I never get,
D.O.C. I know CDC policys allowed,
get me now

73) all free USBOP guids I never get,
3-6-15 I know USBOP policys allowed,
get me now

74) put me on permanent protective
custody reficwide in all custodies
on all inmates and all certifecans,
in P.C., my dorm, with same exact
privledges as population on P.C.

75) replace all my personal guids
feds stole too

76) call us Dist Judge Clay D. Land
in columbus Gc. To velify my
mans testimony etng d y5do trial

77) posses, cn is 9/10ths d law so
once something is gieuep to Gs
given N vent, you can not take it
back later, cb, de by ter

## Appeal Documents

5:14-cr-00077-CDL-CHW
UNITED STATES OF AMERICA
v. COBBLE



APPEAL,CLC3

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/6/2020 at 12:12 PM EST and filed on 3/6/2020
**Case Name:** UNITED STATES OF AMERICA v. COBBLE
**Case Number:** 5:14-cr-00077-CDL-CHW
**Filer:**
**Document Number:** 651

**Docket Text:**
**Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: [648] Notice of Appeal - Other - no document to link appeal to. Judge Appealed: Clay D. Land. Appeal Fee: not paid. (ans)**

**5:14-cr-00077-CDL-CHW-1 Notice has been electronically mailed to:**

CHRISTINA L HUNT (Terminated)    tina_hunt@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org

BRIAN JARRARD    brian@jarrardlawgroup.com, annamarie@jarrardlawgroup.com

FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC (Terminated)
GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, tina_hunt@fd.org

JARED SCOTT WESTBROEK (Terminated)    jared_westbroek@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, carson_chang@fd.org, catherine_c_williams@fd.org, holly_mcdavid@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org

JERUSHA T ADAMS (Terminated)    jerusha.adams@usdoj.gov, debbie.shaw@usdoj.gov, terri.a.brusewitz@usdoj.gov

ROBERT R NEELEY    rand.neeley@usdoj.gov, Michele.Jackson2@usdoj.gov, debbie.shaw@usdoj.gov, lacee.t.davis@usdoj.gov

**5:14-cr-00077-CDL-CHW-1 On this date, a copy of this document, including any attachments, has**

## Relief

(78) give me the $4,000,000 in gunds GDC granted me in grieve

(79) give me the other $4,000,000 in services GDC granted me in grieve

(80) when replacing all my legal gunds it's to include all my legal names of Johnathan wayne Plemons Jr and Daniel Eric Plemons and Daniel Eric Castleberry and name yall say Ian & Daniel Eric Cobb

(81) unite family use 5 in a jail c in 1 ged

(82) give me 5 years, half pus Jail never give it

(83) give me in half pay in future Rent pay to indigents

(84) give me future GDC free gunds in full custody of a county jail

(85) give me future USB of p free gunds of a county jail

(86) give me all elfe legal

(87) all my Real futter had at his death on get and give forms

(88) Justice Now c Reck of ALL defendants

11th circuit U.S. appeals court
clerk pleas
tell me get this

U.S. Government

v

Daniel Eric Cobble

Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

criminal
# 1814 236 BB

I declare unsworth
Rule individually
on declaration
Ruled on 10/10/19

---

motion for Reconsideration
of All 11th circuit Ruling on 10-7-19
Also renu my Rehearing 40-3 Rule
1st error  this appeal has nothing
to do with what 11th circuit Ruled
on

this is A appeal of being appointed an
indigent attorney against my will when
I am Not indigent

---

my real father died in 2017 and
left me his house, semi truck,
pickup truck etcetera, my half brother
can verify he is at 6598 Live oak
TRL  NE Cleveland Tennessee
37323-5535
also I own 7 cars outright
Cobb county tag office Records verify.
by Daniel Cobble

U.S. Dist. Court Montgomery, alabama

Daniel Eric Cobb

v.

USA etc.

RECEIVED

2020 APR 21 A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT, ALA.

Civil

#

Jury Demand

By Daniel Cobb

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 02, 2020

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 19-15150-CC
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE April 7, 2020. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. INCARCERATED PRO SE PARTIES ARE NOT REQUIRED TO FILE AN APPENDIX.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

U.S. Dist. Clerk Montgomery alabama

Daniel Eric Lebb                    civil

v,                                  #

U.S.A et al,

RECEIVED

2020 APR 21  A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Diversity Jurisdiction
for illegal tampering feels doing in
Ga. in my petition backed by a
officer notarized state will be
wrote attached

Montgomery alabama U.S
attorney Robert Neeley
who is my fed CR. me presenter
is part of U.S. government
who is not Replacing my stolen
guids but knows it. he is a
defendant in this suit, he
Resides in alabama, so
Jurisdiction in alabama is all ways

by Daniel Eric Lebb

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2020

Betsy Peterson
Causey Peterson Court Reporting
PO BOX 81
COLUMBUS, GA 31902-0124

Appeal Number: 20-10727-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

TRANSCRIPT DUE: March 23, 2020 (30 days from appellant's certification)

We have not received your acknowledgment of the enclosed transcript order form and certification of completion of financial arrangements. We have assumed that the necessary financial arrangements have been made by the appellant for the preparation of the transcript, in accordance with appellant's certification, and accordingly we have fixed the date shown above for filing the transcript with the district court clerk.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

RPTR-1 Acknowledgment not recd

U.S. Dist. Court Montgomery Alabama

Daniel Eric Cobb                                    Civil

                                                    #

        v.

USA et al

RECEIVED
2020 APR 21  A 10:44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Motion for court to call
U.S. Dist. Judge Clay D. Land
in Columbus Ga. to verify my
claims in this suit about my moms
3-19-20 Fed Crime Jury testimony
as means to allow me to file this
suit without prepayment of fees
since I'm not indigent but can
not get funy $11,000 I currently
have in bank cds And to allow me to
file pendant name clause
    as my birth name was not Cobb
or Daniel, so my moms testified
as well


        by Daniel Eric Cobb

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM February 20, 2020. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

DKT-2 Appeal WITH Deficiency

US District Court Montgomery Alabama

Daniel Eric Cobb
v,
US et al.   RECEIVED

CIVIL
#

new
suit

2020 APR 21 A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALABAMA

motion for credit to let me
file suit under emolument
clause as a British Noble by
blood as I was born Johnathan
Wayne Plemons Jr, since
emolument clause says. U.S.
government can never make
a foreign noble ever pay US.
any fee for anything, since I have
now $dd,000 in Tennessee in Bank
cds I inherited from my grandma
but no access to it since I am in
US attorney general habeas corpus
act preseverdum custody and
U.S. dopes 3-6.15 order
here in US in GCW Ga. #514CR77
but without being a paper

by Daniel Eric Cobb

*ende1 c*

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM FEBRUARY 19, 2020. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

DKT-2 Appeal WITH Deficiency

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

*evidence*

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 30, 2019

Daniel Eric Cobble
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

*appeal of 12-1-19 scheduled of Jury trial for 2-18-20*

Appeal Number: 19-15150-C
Case Style: USA v. Daniel Cobble
District Court Docket No: 5:14-cr-00077-CDL-CHW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The Application for Admission to the Bar and Appearance of Counsel Form are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Certificate of Service

This is to certify that I have this day Served opposing counsels prior to filing by ~~US~~ mail to get to

U.S. attorney General U.S. dept of Justice 950 pennsylvania Ave washington DC 20543-0001

(and)

Georgia attorney General Dept of Law 40 capitol square S. W. atlanta, Ga. 30334-1300

(and)

chattanooga tennessee district attorney General 600 market St. chattanooga tennessee 37401

(and)

Karen Darlene Castleberry 1909 Harmony Rd powder Springs, Georgia 30127

(and)

Johnny wayne Plemons Jr. 678 _____ TBL Ave cleveland tenn 37323 5536

This ___ day of April 2020 by Daniel _____ pro se petitioner

Daniel Cobble
ducusfluh
#401 8 Dorm
it 352
mcmath
hill Rd
Americas
Ga 31719

APR 18 2020

Clerk
U.s. District court
1 church st.
suite B-110
montgomery, alabama
36104